UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANASTASIA IVANOVA                                              No. 22 Civ. _____
        Plaintiff,
                                                               **COMPLAINT**
       Against
                                                               **PLAINTIFF DEMANDS A**
ADVANCED REHABILITATION, P.C.,                                 **TRIAL BY JURY**
NATHAN MANAGEMENT Corp.,
EUGENE SELDIN and JULIA SAPOFF.
        Defendants
-----------------------------------------------------------X

To the Clerk of the Court and All Parties of Record:

      Please enter the appearance of Julie Salwen as counsel of record for Plaintiff ANASTASIA IVANOVA. Julie Salwen certifies that she is admitted to practice before this Court and is registered to file electronically. The undersigned further requests that the Clerk add her as a Filing User to whom notices of Electronic Filing will be transmitted in this case.


Dated:   June 22, 2022                        Respectfully submitted,


                                           /s/ Julie Salwen_____
                                          Julie Salwen, Esq.
                                          HARRISON, HARRISON & ASSOC., LTD.
                                          110 Highway 35, Suite 10
                                          Red Bank, NJ 07701
                                          Tel. (718) 799-9111
                                          Fax (718) 799-9171
                                          jsalwen@nynjemploymentlaw.com
                                          *Attorneys for Plaintiffs*