**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

ANASTASIA IVANOVA,

        Plaintiff,

v.

ADVANCED REHABILITATION, P.C.,
NATHAN MANAGEMENT CORP.,
EUGENE SELDIN and JULIA SAPOFF,

        Defendants.
_____

CASE NO.: 1:22-cv-03650-CBA-JRC

(PROPOSED) ORDER

     **THIS MATTER** is before the Court on Defendants' unopposed letter motion for an extension of time to answer, move, or otherwise respond to the complaint. The Court, having reviewed the file and being fully advised in the premises, finds that there is good cause to grant the relief requested in the Motion. It is therefore,

     **ORDERED** that the Motion is GRANTED. The Defendants shall file their response to Plaintiff's Complaint on or before August 8, 2022.

     **DONE AND ORDERED** this ___ day of _____, 2022, in Chambers of the United States District Court for the Eastern District of New York.

Date:_____
New York, New York

                                              _____
                                              The Honorable Carol Bagley Amon
                                              U.S. District Court, Eastern District of New York

cc: Counsel of Record