UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANASTASIA IVANOVA,

       Plaintiff,

v.

ADVANCED REHABILITATION, P.C.,
NATHAN MANAGEMENT CORP.,
EUGENE SELDIN and JULIA SAPOFF,

       Defendants.

CASE NO.: 1:22-cv-03650-CBA-JRC

---

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Anastasia Ivanova ("Plaintiff") and Defendants, Advanced Rehabilitation, P.C., Nathan Management Corp., Eugene Seldin, and Julia Sapoff, ("Defendants"), by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety with prejudice and without costs.

Dated this 27th day of June 2023.

*/s/David Harrison, Esq.*
David Harrison, Esq.
dharrison@nynjemploymentlaw.com
Julie Salwen, Esq.
jsalwen@nynjemploymentlaw.com
110 State Highway 35, Suite 10 Red Bank
New Jersey 07701
*Attorneys for Plaintiff*

*/s/ Ian E. Smith*
Ian E. Smith, Esq.
New York Bar No. 4027447
SPIRE LAW, PLLC
2572 W. State Road 426, Suite2088
Oviedo, Florida 32765
ian@spirelawfirm.com
sarah@spirelawfirm.com
filings@spirelawfirm.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2023, I electronically filed the foregoing with the Clerk of Court using the Court's e-filing system, which will send a notice of electronic filing to all counsel of record.

/s/ *Ian E. Smith*
Attorney